**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| TERRANCE FLETCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:26-CV-228 |
| | § | |
| J. CAMPBELL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Terrance Fletcher, a prisoner currently confined at the Allred Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against J. Campbell, Malcom Douglas, Dursten Kirk, Nurse McWilliams, Patricia Banker, Lieutenant Thomas, Lieutenant Saurez, and unidentified defendants. The defendants are employed at the Stiles Unit, where Plaintiff was previously confined.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommends dismissing the action without prejudice pursuant to 28 U.S.C. § 1915(g).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes the objections are without merit. Because he has accumulated three "strikes," Plaintiff is barred from proceeding *in forma pauperis* unless he is in imminent danger of serious physical injury at the time the action is filed. Plaintiff's allegations concerning a use of force that took place at the Stiles Unit on March 18, 2026, are insufficient to demonstrate that he was in imminent danger when he filed this action more than two months later. Further, Plaintiff has not paid the $405.00 filing fee. Accordingly, this action will be dismissed.

### ORDER

Accordingly, Plaintiff's objections (#8) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge (#4) is **ADOPTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 31st day of July, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE